UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATASHA DALLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV592 CDP |
| | ) |
| AMERICAN GENERAL LIFE AND | ) |
| ACCIDENT INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

On February 3, 2012, I granted summary judgment in defendant American General Life and Accident Insurance Company's favor. I also denied plaintiff's motion to alter judgment on March 26, 2012. Defendant American General has filed a bill of costs seeking $1,345.40. Plaintiff has not responded in objection.

Under Fed. R. Civ. P. 54(d), "costs – other than attorney's fees – should be allowed to the prevailing party." The specific costs that are recoverable are listed in 29 U.S.C. § 1920, as follows:

(1) Fees of the clerk and marshal;

(2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;

(4)   Fees for exemplification and copies of papers necessarily obtained for use in the case;

(5)   Docket fees under section 1923 of this title;

(6)   Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

It is well settled that district courts are "bound by the limitations" established by section 1920, and costs not listed under that section are not taxable. *See Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 444-45 (1987).

Because judgment was entered in its favor, American General is the prevailing party in this litigation and is entitled to reimbursement for its costs as set out in section 1920. After reviewing American General's bill of costs together with its exhibits in support, I conclude that all of American General's listed charges are taxable under section 1920, and so I will grant American General's motion in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for a bill of costs [#41] is granted, and the Clerk of the Court shall tax costs in the amount of $1,345.40.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2012.